IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

RONNIE WILLIAMS )
)
vs. ) CIVIL ACTION NO. 408-105
)
TONY HENDERSON, Warden )

## ORDER

The Court has conducted a <u>de novo</u> review of the file in this matter together with the Report and Recommendation of the Magistrate Judge. There have been no objections to the Report and Recommendation filed by the petitioner.

**THEREFORE**, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. This case is hereby dismissed as successive. The Clerk is directed to close this matter.

**SO ORDERED** this 19th day of November, 2008.

B. Avant Edenfield
Judge, United States District Court
Southern District of Georgia